UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAVIER GUTIERREZ DIAZ,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 2:20-cv-00437-JLB-NPM

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.
_____/

## ORDER

    Plaintiff Javier Gutierrez Diaz has filed a Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC only, (Doc. 28), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The Stipulation is self-executing. *Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Trans Union LLC are DISMISSED WITH PREJUDICE. The Clerk is directed to terminate Defendant Trans Union LLC from the case.

    **ORDERED** in Fort Myers, Florida on September 11, 2020.

*/s/ John L. Badalamenti*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**