UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAVIER GUTIERREZ DIAZ,

    Plaintiff,

v.                            Case No.: 2:20-cv-00437-JLB-MRM

EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; BANK OF AMERICA, N.A.; and LOBEL FINANCIAL,

    Defendants.

## ORDER

Plaintiff Javier Gutierrez Diaz announces a settlement with Defendant Lobel Financial. (Doc. 30.) Pursuant to Local Rule 3.08(b), the claims against Lobel Financial are **DISMISSED** subject to the right of either Plaintiff or Lobel Financial within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the claims upon a showing of good cause.

**ORDERED** in Fort Myers, Florida on September 23, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE